In the Matter of PATRICIA E. SWARTZ, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDI-

CIAL DISTRICT, Petitioner. [823 NYS2d 704]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Termini*, 28 AD3d 1256 [2006]; *Matter of Hensel*, 24 AD3d 1324 [2005]). Present—Scudder, J.P., Gorski, Green and Pine, JJ.